UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-019 JD |
| | ) | |
| SHIRLEY SULT | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 9, 2012 [DE 20]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Shirley Sult's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, both in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  June 27, 2012

                                                      /s/ JON E. DEGUILIO
                                                      Judge
                                                      United States District Court